PER CURIAM.
Affirmed. See Vazquez v. GFC Builders Corp., 431 So.2d 739 (Fla. 4th DCA 1983); Citrus Central v. Detwiler, 368 So. 2d 81 (Fla. 4th DCA 1979); National Insurance Services, Inc. v. Florida Unemployment Appeals Commission, 495 So.2d 244 (Fla. 2d DCA 1986); Kraft, Inc. v. State, Unemployment Appeals Commission, 478 So.2d 1183 (Fla, 2d DCA 1985); Hines v. Department of Labor and Employment Security, 455 So.2d 1104 (Fla. 3d DCA 1984).
GLICKSTEIN, WALDEN and STONE, JJ., concur.